IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTOPHER LOUIS WAINE,** | 02:12-CV-01613-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **DARLA WARNER, JOYCE TURNER, DEENA LOUGHARY, JYL HOBBS, JODI FROST, and BONNIE HINTON,** | |
| Defendants. | |

    Based on the Court's Opinion and Order issued August 20, 2013, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 21st day of August, 2013.

                                                  /s/ Anna J. Brown
                                                  ANNA J. BROWN
                                                  United States District Judge

1 - JUDGMENT